FILED
06 OCT 10 AM 8:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PPC   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MARCUS BOVARIE, | CASE NO. 06CV687-BEN (NLS) |
|---|---|
| Plaintiff, vs. | ORDER DENYING MOTION TO AMEND AS MOOT AND DENYING MOTION FOR APPOINTMENT OF COUNSEL/PARALEGAL [Docket No. 6] |
| JAMIE S. WOODFORD, et al., Defendants. | |

Plaintiff MARCUS BOVARIE ("Plaintiff"), a prisoner proceeding *pro se* has filed a complaint under 42 U.S.C. § 1983. Now before the Court is Plaintiff's motion to file an amended complaint. Plaintiff also moves for appointment of counsel. Plaintiff's Motions are **DENIED.**

Plaintiff has already filed an amended complaint. (See docket no. 7.) Thus, his motion to amend his complaint is **DENIED** as moot.

Plaintiff's Motion for appointment of counsel is also denied because he has failed to show any exceptional circumstances which warrant the appointment of counsel. There is no constitutional right to appointment of counsel in civil cases. See Johnson v. Dep't of Treasury, 939 F.2d 820, 824 (9th Cir. 1991). Appointment of counsel in civil cases is required only when exceptional circumstances are present. Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.1991) (citing Wilborn v. Escalderon, 789 1328, 1331 (9th Cir.1986)). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and plaintiff's

1 | ability to articulate his claims *pro se* in light of the complexity of the issues involved. <u>See</u> <u>id.</u>

2 |     Plaintiff contends that he is entitled to counsel or a paralegal assistance because his case is
3 | complex. However, at this early stage, it is not clear whether he has stated colorable, much less
4 | complex, claims which would require assistance of counsel. In other words, Plaintiff has failed to
5 | show he is likely to succeed on the merits. Plaintiff's Motion for appointment of counsel/paralegal
6 | is **DENIED**.

7 |     **SO ORDERED.**
8 | DATED: 10/06/06

    ROGER T. BENITEZ
    United States District Judge

9 | cc: All parties and respective counsel