# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BOVARIE, <br><br> Plaintiff, <br> v. <br><br> JAMES E. TILTON, et al. <br><br> Defendants. | Civil No.06cv687 JLS (NLS) <br><br> **ORDER PROVIDING DEFENDANTS WITH OPPORTUNITY TO RESPOND TO PLAINTIFF'S REQUEST TO BEGIN DISCOVERY** <br><br> [Doc. No. 53] |

Plaintiff, a California prisoner proceeding *pro se*, filed a request for permission to begin discovery and to compel Defendants to respond to specific discovery requests.[1] In July 2007, this Court issued a Report and Recommendation regarding Plaintiff's second amended complaint. The Report and Recommendation awaits final disposition by the district judge. Therefore, the claims are not yet defined and Defendants have not answered. Under such circumstances, the Court is reluctant to open discovery.

The Court, however, is concerned that given Plaintiff's access to courts claim, if this case proceeds, the law library attendance logs may be discoverable. Plaintiff says that these logs are destroyed after 5 years, and some of the issues relevant to his access to courts claim involve law library access dating back to 2002. The Court now asks Defendants to respond to this assertion of potential destruction of discoverable documents. Specifically, the Court would like Defendants, by ***January 22, 2008***, to either (1) affirm that they will not destroy any potentially relevant documents in this case,

---

[1] In April 2007, this Court denied the parties' joint motion to stay discovery as moot because no defendant had answered yet, no party requested discovery and the Court had not issued a scheduling order. [43.]

1  including law library attendance logs dating back to 2002; or (2) explain why a "discovery hold" would
2  not be necessary in this case.
3  **IT IS SO ORDERED.**
4  DATED: January 11, 2008

Hon. Nita L. Stormes
U.S. Magistrate Judge