UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BOVARIE, | Case No.: 3:06-cv-00687 AJB (BGS) |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF REQUEST FOR SERVICE OF SUBPOENA BY THE U.S. MARSHAL |
| JAMIE S. WOODFORD, et al., | |
| Defendants. | |

Plaintiff Marcus Bovarie, proceeding *pro se* and *in forma pauperis*, has requested that the Court order the U.S. Marshal to serve a subpoena issued pursuant to Fed. R. Civ. P. 45. Plaintiff intends to call Iesha Parrish, currently employed as a library technician at the California Institute for Men, as a witness at trial.

Fed. R. Civ. P. 45(b)(1) requires service of a subpoena be made by a person who is 18 years or older and is not a party to the case. The Court is required to "issue and serve all process and perform all such duties" for a plaintiff proceeding *in forma pauperis*. 28 U.S.C. 1915(d). Plaintiff, however, is responsible for paying all fees and costs associated with the subpoenas and depositions. *See Tedder v. Odel*, 890 F.2d 210, 211, 212 (9th Cir. 1989). For example, if a subpoena requires a person's attendance, fees for one day's attendance and mileage must be tendered concurrent with service. Fed. R. Civ.

1  P. 45(b)(1).  These fees are not waived based on Plaintiff's *in forma pauperis* status.  *Tedder*, 890 F.2d at
2  211-212.
3        Accordingly, the Court ORDERS as follows:
4  1. The Clerk of Court shall issue and forward to Plaintiff a Subpoena in a Civil Case form in blank and a
5  U.S. Marshal 285 form in blank as well as a copy of this Order.
6  2. Upon receipt of the properly completed U.S. Marshal 285 form and accompanying subpoena, the U.S.
7  Marshal is directed to promptly effect service of Plaintiff's subpoena.
8        IT IS SO ORDERED.

10 DATED:  May 18, 2011

                                        Hon. Anthony J. Battaglia
                                        U.S. District Judge